UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O XAVIER D. BLACKBURN, C/O MATTHEW SCOTT, C/O S. MCPEAK, ST. CLAIR COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants. | Case No. 08-cv-140-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  March 27, 2009**　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk**

　　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**